**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christine M. Frisleben             CHAPTER 13
             Debtor(s)

                           BKY. NO. 22-12568 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                            Respectfully submitted,

                                      /s/ **Brian C. Nicholas**
                                            Brian Nicholas
                                            04 Oct 2022, 12:51:02, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322