United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12568-elf

Christine M Freisleben  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 3
Date Rcvd: Feb 08, 2023    Form ID: 155    Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christine M Freisleben, 509 Glen Valley Drive, Norristown, PA 19401-3128 |
| 14726111 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14723768 | + | David B. Spitofsky, Esquire, Law Office of David B. Spitofsky, 516 Swede Street, Norristown, PA 19401-4807 |
| 14723777 | #+ | Fedloan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14723778 | + | GreenSky/Fifth Third Bank, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 14726344 | + | PENNYMAC LOAN SERVICES, LLC, C/O Brian C. Nicholas, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14723772 | + | Email/Text: bankruptcy@bbandt.com | Feb 08 2023 23:58:00 | BB&T/Truist, Attn: Bankruptcy, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14723771 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 08 2023 23:58:00 | Barclays Bank/Banana Republic, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14723773 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 08 2023 23:59:00 | Citadel Federal Credit Union, Attn: Bankruptcy, 520 Eagleview Boulevard, Exton, PA 19341-1119 |
| 14723774 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 00:03:47 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14723775 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 00:03:41 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14734727 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 23:58:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14723776 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 08 2023 23:58:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14723780 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2023 00:03:47 | Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14723770 | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Feb 08 2023 23:59:00 | Frederic J. Baker, Esquire, Assistant United States Trustee, Robert NC Nix, Sr. Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14734195 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 08 2023 23:58:00 | Greensky,LLC/Home Depot Loan, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14738569 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 08 2023 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14723779 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 08 2023 23:58:00 | Kohls/Capital One, Attn: Credit Administrator, P.O. Box 3043, Milwaukee, WI 53201-3043 |

Case 22-12568-elf    Doc 21    Filed 02/10/23    Entered 02/11/23 00:33:19    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 08, 2023 | Form ID: 155 | Total Noticed: 31 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14732459 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2023 00:03:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14739828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2023 00:03:46 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14723781 | + | Email/PDF: ebnotices@pnmac.com | Feb 09 2023 00:03:47 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14733280 | + | Email/PDF: ebnotices@pnmac.com | Feb 09 2023 00:03:41 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14737506 | | Email/Text: bnc-quantum@quantum3group.com | Feb 08 2023 23:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14724729 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 00:03:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14724563 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 00:03:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14723782 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 00:03:47 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14723783 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 09 2023 00:03:46 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14739028 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 23:59:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14723784 | + | Email/Text: bncmail@w-legal.com | Feb 08 2023 23:58:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14738947 | + | Email/Text: bankruptcy@bbandt.com | Feb 08 2023 23:58:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 14723785 | + | Email/Text: dbogucki@trumark.org | Feb 08 2023 23:59:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Drive, Fort Washington, PA 19034-2701 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14723769 | *+ | Christine M. Freisleben, 509 Glen Valley Drive, Norristown, PA 19401-3128 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023          Signature:          /s/Gustava Winters

Case 22-12568-elf    Doc 21    Filed 02/10/23    Entered 02/11/23 00:33:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Feb 08, 2023 | Form ID: 155 | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DAVID B. SPITOFSKY | on behalf of Debtor Christine M Freisleben spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christine M Freisleben
     Debtor(s)                                              Chapter: 13

                                                                          Bankruptcy No: 22−12568−elf

_____

***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

    AND NOW, this February 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Eric L. Frank
                                                          Judge ,
                                                          United States Bankruptcy Court

                                                                              19
                                                                           Form 155